| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 25-12498-A Estate of Victor Lambou, et al v. Twyla Sketchley, et al "Civil Appeal Docketed - Notice of Appeal" (1:24-cv-00228-RH-ZCB) |
| **Date:** | Thursday, July 24, 2025 12:19:44 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 07/24/2025

| | |
|---|---|
| **Case Name:** | Estate of Victor Lambou, et al v. Twyla Sketchley, et al |
| **Case Number:** | 25-12498 |
| **Document(s):** | 1 |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellants Estate of Victor Lambou, Denita Lambou, Geralyn Lambou and Vicki Lambou on 07/23/2025. Fee Status: Fee Paid. 07/24/2025. The appellant's brief is due on or before 09/02/2025. The appendix is due no later than 7 days from the filing of the appellant's brief. Awaiting Appellant's Certificate of Interested Persons due on or before 08/11/2025 as to Appellant Estate of Victor Lambou. Awaiting Appellee's Certificate of Interested Persons due on or before 08/21/2025 as to Appellees Leonard T. Helfand, William Johnson, Cherry Laurel, Twyla Sketchley and Ann Van Meter.

**Notice will be electronically mailed to:**

Lisa J. Churvis
Clerk - Northern District of Florida, Clerk of Court
Aaron M. Danzig
Mr. D. Ty Jackson
Daniel A. Nicholas
Robert Rivas
Robert Sniffen

**Notice sent via US Mail to:**

Laiken Mackenzie Cowley
Sniffen & Spellman, PA
123 N MONROE ST
TALLAHASSEE, FL 32301

Michael Ferderigos
Civil Estate Law, PA
10454 BIRCH TREE LN
WINDERMERE, FL 34786

Mary Katherine Simpson
Guilday Law Firm
1566 VILLAGE SQ BLVD
TALLAHASSEE, FL 32309

Elizabeth Minor Van Den Berg
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

The following document(s) are associated with this transaction:
**Document Description:** CIVIL - Notice of Docketing
**Original Filename:** /opt/ACECF/live/forms/ToyaStevenson_2512498_10518612_CIVIL-NoticeofDocketing_443.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/24/2025] [FileNumber=10518612-2]
[7b38770bc86c2b8264949e792250e0a01e710f80df70c9aa216a8302c15bb4eab32759c4f5b680b3c96949eb0cd31eed14b6bdb137dd7982cb667d2f60589f86]]
**Recipients:**

- Lisa J. Churvis
- Clerk - Northern District of Florida, Clerk of Court
- Laiken Mackenzie Cowley
- Aaron M. Danzig
- Michael Ferderigos
- Mr. D. Ty Jackson
- Daniel A. Nicholas
- Robert Rivas
- Mary Katherine Simpson
- Robert Sniffen
- Elizabeth Minor Van Den Berg

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** 25-12498 - NOA.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/24/2025] [FileNumber=10518612-0]
[372f80e5e203832fe667dc1ebc23de8fe74626b3a05c2d41b68b55c8db47557c6f0d27a8e1edc25e37a3a6eee2e04d066764e7fd70b9a332bf472790d37e7f58]]

**Document Description:** Order DE 82
**Original Filename:** 25-12498 - Order DE 82.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/24/2025] [FileNumber=10518612-1]
[2c401e6c2f17165d78806ca88d79a133a2fc97aa7776dc1060aae26ec592caf85497b547cb3877838a49802859f0f25724436dc256701f1c07fa54dd4a3ad0d5]]