**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

ESTATE OF VICTOR LAMBOU et al.,

Plaintiffs,

v. CASE NO. 1:24cv228-RH-ZCB

THE SKETCHLEY LAW FIRM et al.,

Defendants.

__________________________________/

## ORDER CONFIRMING DEADLINES ON FEE AND SANCTIONS ISSUES

This action was dismissed, and the plaintiffs appealed. The Eleventh Circuit dismissed the appeal and issued a mandate but now has reinstated the appeal, at least as to two appellants. *See* ECF No. 103. Still pending in this court are six defense motions for attorney's fees and the separate issue of whether fees should be awarded on the court's own motion as a sanction under Federal Rule of Civil Procedure 11.

The order of September 4, 2025 deferred consideration of the fee and sanctions issues pending resolution of the appeal. The order set deadlines 14 days after issuance of an Eleventh Circuit mandate dismissing the appeal or affirming

the judgment in relevant respects. This order now clarifies that the Eleventh Circuit mandate that was previously issued but now has been at least partially withdrawn did not trigger the 14-day deadlines.

IT IS ORDERED:

1. The deadline for the plaintiffs' attorney to show cause as required by paragraph 2 of the September 4, 2025 order is 14 days after issuance of an Eleventh Circuit mandate dismissing the appeal as to all appellants or affirming the dismissal of the claims against the defendant under consideration. But if, prior to filing their initial brief in the Eleventh Circuit, the plaintiffs have abandoned their claims against all defendants other than those excluded by the first sentence of paragraph 2 of the September 4, 2025 order, there will be no remaining requirement to show cause.

2. The plaintiffs must file a further response on the merits to each pending motion for attorney's fees, ECF No. 84, 85, 86, 87, 88, and 89, within 14 days after issuance of an Eleventh Circuit mandate dismissing the appeal as to all appellants or affirming this court's dismissal of the claims against the moving defendant.

3. Consideration of the pending fee motions and order to show cause is stayed until 14 days after issuance of an Eleventh Circuit mandate dismissing the pending appeal as to all appellants or affirming this court's dismissal of the claims against the moving defendant.

SO ORDERED on November 10, 2025.

s/Robert L. Hinkle
United States District Judge