IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

ESTATE OF VICTOR LAMBOU, et al.

    *Plaintiffs,*

v.                                                   CASE NO. 1:24-cv-228-RH-ZCB

HOWARD KESSLER, et al.,

    *Defendants.*

_____/

## MOTION TO WITHDRAW

Virginia Ashley Paxton, Thomas Lee Hunker, and the law firm Hunker Paxton Appeals & Trials, Esquire, move to withdraw from representing Plaintiffs in this action. Plaintiffs and all counsel for Defendants have been notified of the filing of this motion and do not object. The withdrawal will result in the Plaintiffs proceeding pro se. Plaintiffs can be contacted individually and/or as in their representative capacities for the Estate of Victor Lambou directly as follows:

- **Geralyn Lambou**, grlambou@gmail.com, 323-707-5741; and
- **Denita Lambou,** denitalambou@gmail.com, 850-980-2002

We respectfully request that the Court stay any and all proceedings for a period for at least 30 days to permit Plaintiffs to find new counsel or advise the Court that they will be proceeding pro se.

Plaintiffs do not consent to the Withdrawal of Counsel as set forth above.