IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

ESTATE OF VICTOR LAMBOU, et al.

    *Plaintiffs,*

v.                           Case No. 1:24-cv-228-RH-ZCB

HOWARD KESSLER, et al.,

    *Defendants.*
_____/

**CORRECTED MOTION TO WITHDRAW**

Virginia Ashley Paxton, Thomas Lee Hunker, and the law firm Hunker Paxton Appeals & Trials, Esquire, move to withdraw from representing Plaintiffs in this action. The withdrawal will result in the Plaintiffs proceeding pro se. Plaintiffs can be contacted individually and/or as in their representative capacities for the Estate of Victor Lambou directly as follows:

- **Geralyn Lambou**, grlambou@gmail.com, 323-707-5741; and
- **Denita Lambou,** denitalambou@gmail.com, 850-980-2002

Plaintiffs have specifically requested that the Court stay any and all proceedings for a period for at least **90 days** to permit Plaintiffs to find new counsel or advise the Court that they will be proceeding pro se.

Plaintiffs do not consent to the Withdrawal of Counsel as set forth above.