IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

ESTATE OF VICTOR LAMBOU, et al.

    *Plaintiffs,*

v.                                                                        CASE NO. 1:24-cv-228-RH-ZCB

HOWARD KESSLER, et al.,

    *Defendants.*

_____/

**CORRECTED MOTION TO WITHDRAW**

    Virginia Ashley Paxton, Thomas Lee Hunker, and the law firm Hunker Paxton Appeals & Trials, Esquire, move to withdraw from representing Plaintiffs in this action. The withdrawal will result in the Plaintiffs proceeding pro se. Plaintiffs can be contacted individually and/or as in their representative capacities for the Estate of Victor Lambou directly as follows:

- **Geralyn Lambou**, grlambou@gmail.com, 323-707-5741; and
- **Denita Lambou,** denitalambou@gmail.com, 850-980-2002

Plaintiffs have specifically requested that the Court stay any and all proceedings for a period for at least **90 days** to permit Plaintiffs to find new counsel or advise the Court that they will be proceeding pro se.

    Plaintiffs do not consent to the Withdrawal of Counsel as set forth above.

                              Respectfully Submitted,

                              /s/ V. Ashley Paxton
                              **V. Ashley Paxton**
                              Florida Bar No. 1003907
                              HUNKER PAXTON APPEALS & TRIALS
                              *Counsel for Plaintiffs*

3959 NW 18th Ave
Oakland Park, FL 33309
Phone: 561-4976796
ashley.paxton@hunkerappeals.com
terri.hunker@hunkerappeals.com
cliff.williams@hunkerappeals.com