# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

January 06, 2026

Laiken Cowley
Sniffen & Harmon, PA
123 N MONROE ST
TALLAHASSEE, FL 32301

Brandon James Tyler
Cole Scott & Kissane, PA
500 N WESTSHORE BLVD STE 700
TAMPA, FL 33609

Appeal Number: 25-12498-EE
Case Style: Estate of Victor Lambou, et al v. Twyla Sketchley, et al

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:   404-335-6100    Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135    Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125    Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12498
_____

DENITA LAMBOU,
   Personal Representative, Individually,
GERALYN LAMBOU,
   Beneficiary & Individually,
VICKI LAMBOU,
   Individually,
ESTATE OF VICTOR LAMBOU,

                              *Plaintiffs-Appellants*,

versus

TWYLA SKETCHLEY,
   Professionally & Individually,
HOWARD KESSLER,
   Professionally & Individually,
ANN VAN METER,
   Professionally & Individually,
WILLIAM JOHNSON,
   Professionally & Individually,
PAUL KATZ,
   Dr. Professionally & Individually, et al.,

                              *Defendants-Appellees*,

2                  Order of the Court                  25-12498

VICTOR HEULER, et al.,

                                                                                    *Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:24-cv-00228-RH-ZCB

_____

ORDER:

      The motions by Appellees William Johnson P.A., William Johnson, Howard Kessler, and Anne Van Meter and by Appellee Leonard Helfand for leave to join in the brief filed by Appellee St. Augustine Plantation Operator without filing a separate brief are GRANTED.

                                           /s/ Britt C. Grant
                                           UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 06, 2026

Laiken Cowley
Sniffen & Harmon, PA
123 N MONROE ST
TALLAHASSEE, FL 32301

Brandon James Tyler
Cole Scott & Kissane, PA
500 N WESTSHORE BLVD STE 700
TAMPA, FL 33609

Appeal Number: 25-12498-EE
Case Style: Estate of Victor Lambou, et al v. Twyla Sketchley, et al
District Court Docket No: 1:24-cv-00228-RH-ZCB

The enclosed order has been ENTERED.

Appellants' reply brief is due within 21 days of the date of this order, if they wish to file one.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action