# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12498

_____

DENITA LAMBOU,
   Personal Representative, Individually,
GERALYN LAMBOU,
   Beneficiary & Individually,
VICKI LAMBOU,
   Individually,
ESTATE OF VICTOR LAMBOU,

                                       *Plaintiffs-Appellants,*

versus

TWYLA SKETCHLEY,
   Professionally & Individually,
HOWARD KESSLER,
   Professionally & Individually,
ANN VAN METER,
   Professionally & Individually,
WILLIAM JOHNSON,
   Professionally & Individually,
PAUL KATZ,
   Dr. Professionally & Individually, et al.,

                                       *Defendants-Appellees,*

2	Order of the Court	25-12498

VICTOR HEULER, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:24-cv-00228-RH-ZCB

_____

ORDER:

The motion for an extension of time to and including January 21, 2026 to file Appellees Twyla Sketchley and The Sketchley Law Firm's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE