# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 09, 2026

Lisa J. Churvis
Arnall Golden Gregory, LLP
171 17TH ST NW STE 2100
ATLANTA, GA 30363

Appeal Number: 25-12498-EE
Case Style: Estate of Victor Lambou, et al v. Twyla Sketchley, et al
District Court Docket No: 1:24-cv-00228-RH-ZCB

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12498
_____

DENITA LAMBOU,
   Personal Representative, Individually,
GERALYN LAMBOU,
   Beneficiary & Individually,
VICKI LAMBOU,
   Individually,
ESTATE OF VICTOR LAMBOU,

                                                 *Plaintiffs-Appellants,*

versus

TWYLA SKETCHLEY,
   Professionally & Individually,
HOWARD KESSLER,
   Professionally & Individually,
ANN VAN METER,
   Professionally & Individually,
WILLIAM JOHNSON,
   Professionally & Individually,
PAUL KATZ,
   Dr. Professionally & Individually, et al.,

                                                 *Defendants-Appellees,*

2  Order of the Court  25-12498

VICTOR HEULER, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:24-cv-00228-RH-ZCB

_____

ORDER:

The motion by Appellees Atria Management Company LLC, Holiday by Atria, Inc., and Cherry Laurel for leave to join in the brief filed by Appellee St. Augustine Plantation Operator without filing a separate brief is GRANTED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE