# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 21, 2026

Thomas Lee Hunker
Hunker Paxton Appeals & Trials
3959 NW 18TH AVE
OAKLAND PARK, FL 33309

Denita Lambou
233 BAY PINE DR
CRAWFORDVILLE, FL 32327

Virginia Ashley Paxton
Hunker Paxton Appeals & Trials
3959 NW 18TH AVE
OAKLAND PARK, FL 33309

Appeal Number: 25-12498-EE
Case Style: Estate of Victor Lambou, et al v. Twyla Sketchley, et al
District Court Docket No: 1:24-cv-00228-RH-ZCB

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:            404-335-6122
Case Administration:    404-335-6135    Capital Cases:                  404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:    404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12498

_____

DENITA LAMBOU,
   Personal Representative, Individually,
GERALYN LAMBOU,
   Beneficiary & Individually,
VICKI LAMBOU,
   Individually,
ESTATE OF VICTOR LAMBOU,

                                                 *Plaintiffs-Appellants,*

versus

TWYLA SKETCHLEY,
   Professionally & Individually,
HOWARD KESSLER,
   Professionally & Individually,
ANN VAN METER,
   Professionally & Individually,
WILLIAM JOHNSON,
   Professionally & Individually,
PAUL KATZ,
   Dr. Professionally & Individually, et al.,

                                                 *Defendants-Appellees,*

2           Order of the Court           25-12498

VICTOR HEULER, et al.,

                              *Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:24-cv-00228-RH-ZCB

_____

ORDER:

The motion to withdraw as counsel filed by Virginia Paxton for Appellants Geralyn Lambou and Denita Lambou is GRANTED. Virginia Paxton, Thomas Hunker, and the law firm Hunker Paxton Appeals & Trials, Esquire will no longer represent the Appellants on this appeal.

Appellants Geralyn Lambou and Denita Lambou have 90 days to find new counsel or advise the Court that they will proceed pro se.

                                          /s/ Nancy G. Abudu
                                          UNITED STATES CIRCUIT JUDGE