| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 25-12498-EE Estate of Victor Lambou, et al v. Twyla Sketchley, et al "FRAP 11 Certification Requested" (1:24-cv-00228-RH-ZCB) |
| **Date:** | Wednesday, January 21, 2026 4:12:22 PM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 01/21/2026

  **Case Name:**     Estate of Victor Lambou, et al v. Twyla Sketchley, et al
  **Case Number:**   25-12498


**Docket Text:**
**\*\*SUPPLEMENTAL REQUEST DUE TO OTHER USDC ORDERS SINCE THE 1ST CERTIFICATION\*\*** Please certify that the electronic record, including transcripts and exhibits, is complete for purposes of this appeal pursuant to 11th Cir. R. 11-2. Electronic versions of all documentary exhibits admitted into evidence at trial or any evidentiary hearing must be included in the electronic record on appeal pursuant to 11th Cir. R. 11-3. Please see 11th Cir. R. 11-3 for additional information about transmitting sealed or confidential exhibits, audio or video exhibits, and non-documentary physical exhibits.

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court