IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ESTATE OF VICTOR LAMBOU et al.,

    Plaintiffs,

v.        CASE NO. 1:24cv228-RH-ZCB

THE SKETCHLEY LAW FIRM et al.,

    Defendants.

_____/

### ORDER ALLOWING ATTORNEYS HUNKER AND PAXTON TO WITHDRAW AND SETTING A DEADLINE FOR ANY MOTION FOR MR. FERDERIGOS TO WITHDRAW

    Three attorneys of record have appeared for the plaintiffs in this action: Thomas L. Hunker, Virginia Ashley Paxton, and Michael Ferderigos. Mr. Hunker and Ms. Paxton have filed a renewed motion for leave to withdraw. Mr. Ferderigos has not moved for leave to withdraw, but the other attorneys' motion asserts that the plaintiffs and Mr. Ferderigos agreed to his withdrawal several months ago.

    This order allows Mr. Hunker and Ms. Paxton to withdraw. This leaves Mr. Ferderigos as the plaintiffs' attorney of record. If he has grounds to withdraw and seeks to do so, he must promptly give notice to the plaintiffs and file an

appropriate motion by the deadline set out below. If the plaintiffs intend to retain new counsel, they should do so promptly and in any event by the deadline for the appearance of new counsel in the United States Court of Appeals for the Eleventh Circuit.

    IT IS ORDERED:

    1. The renewed motion for leave for Mr. Hunker and Ms. Paxton to withdraw, ECF No. 118, is granted, effective immediately.

    2. Mr. Ferderigos remains counsel of record for the plaintiffs in this action. If he intends to withdraw, he must comply with Local Rule 11.1(H), including its requirement for 14 days' notice to the plaintiffs, and must move for leave to withdraw by March 24, 2026.

    SO ORDERED on March 3, 2026.

                                        s/Robert L. Hinkle  
                                        United States District Judge