# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2026

Laiken Cowley
Sniffen & Harmon, PA
123 N MONROE ST
TALLAHASSEE, FL 32301

Appeal Number:  25-12498-EE
Case Style:  Denita Lambou, et al v. Twyla Sketchley, et al
District Court Docket No:  1:24-cv-00228-RH-ZCB

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:       404-335-6122
Case Administration:   404-335-6135    Capital Cases:             404-335-6200
CM/ECF Help Desk:      404-335-6125    Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12498
_____

DENITA LAMBOU,

Personal Representative, Individually,

GERALYN LAMBOU,

Beneficiary & Individually,

*Plaintiffs-Appellants,*

VICKI LAMBOU,

Individually, et al.,

*Plaintiffs,*

*versus*

TWYLA SKETCHLEY,

Professionally & Individually,

HOWARD KESSLER,

Professionally & Individually,

ANN VAN METER,

Professionally & Individually,

WILLIAM JOHNSON,

Professionally & Individually,

PAUL KATZ,

Dr. Professionally & Individually, et al.,

*Defendants-Appellees,*

2                     Order of the Court                     25-12498

VICTOR HEULER, et al.,

*Defendants.*

———————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:24-cv-00228-RH-ZCB

———————————————

ORDER:

Attorney Laiken M. Cowley's motion to withdraw as counsel for Appellee Leonard Helfand is GRANTED.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE