**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ESTATE OF VICTOR LAMBOU et al.,

      Plaintiffs,

v.                                                                   CASE NO. 1:24cv228-RH-ZCB

THE SKETCHLEY LAW FIRM et al.,

      Defendants.

_____/

**ORDER NOTING MR. FERDERIGOS'S
CONTINUATION AS COUNSEL OF RECORD**

The order of March 3, 2026, ECF No. 119, set a deadline of March 24, 2026 for any motion to withdraw by the plaintiffs' attorney Michael Ferderigos. Mr. Ferderigos has not moved for leave to withdraw, and the deadline has passed. Accordingly,

IT IS ORDERED:

Mr. Ferderigos remains the plaintiffs' attorney of record.

SO ORDERED on March 25, 2026.

                                s/Robert L. Hinkle
                                United States District Judge