**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

ESTATE OF VICTOR LAMBOU *et al.*,
Plaintiffs,

v.

CASE NO. 1:24cv228-RH-ZCB

THE SKETCHLEY LAW FIRM *et al.*,
Defendants.
____________________________________/

**RESPONSE OF MICHAEL FERDERIGOS, ESQ. TO THE COURT'S ORDER TO SHOW CAUSE (ECF No. 99, ECF No. 104, and the Order of October 19, 2026)**

Michael Ferderigos, Esq., respectfully responds to this Court's orders requiring him to show cause why sanctions should not be imposed against him, and states of follows:

## I. PROCEDURAL HISTORY

1. On September 4, 2025, the Court entered its Order Deferring a Ruling on Attorney's Fees (ECF No. 99).
2. On October 20, 2025, the Plaintiffs retained new counsel. *See* Doc. 101; Doc. 102.
3. On November 10, 2025, the Court entered its Order Confirming Deadlines on Fee and Sanctions Issues (ECF No. 104).

4. On October 19, 2026, the Court entered an Order to Show Cause requesting Michael Ferderigos, Esq. to show cause by October 30, 2026 as to the order requiring him to show cause why he should not be sanctioned for failure to respond to ECF Nos. 99 and 104.

## II. RESPONSE TO THE ORDER TO SHOW CAUSE

### A. New counsel assumed the representation of the Plaintiffs.

5. On October 20, 2025, the Plaintiffs retained new counsel, as reflected in Doc. 101 and Doc. 102. Mr. Ferderigos was under the understanding that new counsel had taken over the representation of the Plaintiffs in this matter.
6. Based on that understanding, Mr. Ferderigos believed that the Plaintiffs were being represented by new counsel, and he did not understand himself to be the attorney responsible for filings in this case after that date.

### B. Failure to Be Noticed

7. This case cites Mr. Ferderigos' email as michael@civilestatelaw.com, which is an email Mr. Ferderigos has not used in over a year, nor does he have access to. Because Mr. Ferderigos did not receive notice in

this case of the orders at issue (ECF Nos. 99 and 104), he did not receive the deadlines those orders imposed.

8. Mr. Ferderigos has not practiced law in over a year and no longer has access and has not had access to this email in over a year. Thus, Mr. Ferderigos has not received any notice since he stopped practicing law and was under the belief new counsel had taken over to represent the Plaintiffs.

9. Mr. Ferderigos was informed on 10/20/26, pursuant to an outside source, regarding the Order to Show Cause, and to date has never been noticed of this order.

## III. NO WAIVER; INTENT TO RESPOND

10. Mr. Ferderigos does not waive the absence of service or notice as to the orders at issue, and he files this Response upon first learning of the Order to Show Cause.

11. Mr. Ferderigos has responded promptly upon being informed of the Order to Show Cause, and submits this Response within the period the Court prescribed.

## IV. CERTIFICATE OF GOOD FAITH

12. Mr. Ferderigos certifies that his failure to respond by the previously prescribed deadline was not willful, was not the product of bad faith, and was not intended to disregard the authority of this Court. His failure to respond resulted from his understanding that the Plaintiffs were represented by new counsel and from the fact that he did not receive notice of the orders at issue.

## V. PRAYER FOR RELIEF

WHEREFORE, Michael Ferderigos, Esq. respectfully prays that this Court:

(a) accept this Response as timely filed;

(b) decline to impose sanctions, including attorney's fees and costs, against Mr. Ferderigos for the failure to respond to ECF Nos. 99 and 104;

(c) find that Mr. Ferderigos's failure to respond was not willful and was due to a lack of notice of the orders at issue and his understanding that new counsel had assumed the representation of the Plaintiffs and failure to have Notice pursuant to an inactive email; and

(d) grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Date: October 20, 2026

/s/Michael Ferderigos
Michael Ferderigos, Esq.
Florida Bar #: 604011
10454 Birch Tree Lane
Windermere, FL 34786
407-592-0035
mferderigos@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 20, 2026, I served a copy of this Response on all counsel of record via the Court's CM/ECF system, and by [first-class mail / email] on any party or attorney not registered to receive electronic service.

/s/ Michael Ferderigos, Esq.